**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: December 17, 2008**

Jeffery P. Hopkins
United States Bankruptcy Judge

_____

B0603819

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | CASE NO. 06-11536 |
| LaRue Wilson | CHAPTER 13 |
| Debtor | JUDGE JEFFREY HOPKINS |
| | **(1833 Hewitt Avenue, Cincinnati)** |

**STIPULATED ORDER GRANTING CONDITIONAL RELIEF FROM STAY**

This matter came on for consideration by the Court upon the Motion of GMAC Mortgage Corporation its successors and assigns, by and through its servicer, GMAC Mortgage, LLC ("Movant") for relief from stay.

The Court finds that the parties have agreed that:

1.     Beginning January 1, 2009, Debtors shall continue to make the monthly mortgage payments directly to the Movant.  If the Debtors fall more than 30 days behind in their payments

to the Movant, this failure to pay Movant shall constitute a default of the terms of this Order. **The terms and conditions of the note and mortgage remain unaffected by this Stipulated Order. Debtors shall tender mortgage payments to Movant at the following address: GMAC Mortgage LLC, 1100 Virginia Dr., Ft. Washington, PA 19034.**

     2.     The Debtors presently owe Movant $2,989.00 for monthly payments (August 2008 through December 2008 at $571.88 each), and attorney fees and costs. $650.00, which represents $500.00 attorney fees and $150.00 costs associated with the filing of the Motion for Relief shall be placed into the plan as a supplemental proof of claim. Debtors agree not to object to this supplemental proof of claim. Debtors shall remit the remaining sum of $2,339.00 to Movant in 6 equal monthly payments of $389.83 commencing on January 15, 2009. The second payment of $389.83 shall be remitted to Movant on February 15, 2009. The third payment of $389.83 shall be remitted to Movant on or before March 15, 2009. The fourth payment of $389.83 shall be remitted to Movant on or before April 15, 2009. The fifth payment of $389.83 shall be remitted to Movant on or before May 15, 2009. The sixth and last payment of $389.83 shall be remitted to Movant on or before June 15, 2009. The failure of Debtors to remit the arrearage payments on or before the due date shall constitute a default. **The parties are in agreement that the Debtors should only pay and the Creditor should only receive what is actually owed, no more and no less. If it is discovered that certain payments or advances were not properly credited or accounted for, then the parties agree that the Stipulated Order shall be modified to accurately reflect the status of the account.** The funds to make these extra payments are going to come from refused payments and budget tightening.

3. Should Debtors convert to another chapter under the bankruptcy code during the life of this agreed order, then, Movant's counsel shall send written notice to Debtors' counsel advising that the entire contractual arrearage is due within 10 days of the date of the letter. If the entire arrearage is not tendered within that 10-day period, then such failure shall constitute a default.

4. In the event such payments stated above are not timely made, then an event of default hereunder shall exist, and Movant's counsel shall send Debtors' counsel a 10-day notice of intent to file an affidavit and order granting relief from stay. If the default is not cured within that 10-day period, upon the filing of an affidavit by Movant or Movant's counsel attesting to the Debtors' default, an order shall be entered without further hearing, terminating the stay imposed by section 362(a) of the Bankruptcy Code with respect to Movant, its successors and assigns, to foreclose, repossess, replevin or otherwise execute upon its collateral, identified in Exhibit A attached hereto and incorporated herein by reference. **Debtors' opportunity to cure a default shall be limited to 3 occurrences.**

IT IS SO ORDERED.

SUBMITTED AND APPROVED BY:

The Law Offices of
John D. Clunk Co., LPA

**/S/ Scott P. Ciupak**
Scott P. Ciupak  #76117
Andrew A. Paisley  #42515
Attorneys for Movant
5601 Hudson Drive, Suite 400
Hudson, Ohio  44236
(330) 342-8203 / facsimile (330) 342-8205
Direct # (234) 380-8365 for Scott
Direct # (234) 380-8359 for Andrew
Email:  *bknotice@johndclunk.com*

**/s/ Michael E. Plummer**
Michael E. Plummer #85723
11 W 6th St.
Covington, KY 41011
(859) 581-5516
plummer50@fuse.net

**/s/ Frank DiCesare**
Frank DiCesare, staff attorney for
Margaret A. Burks
600 Vine, Suite 2200
Cincinnati, OH 45202

File No.: 20040483

# EXHIBIT A

Situated in the County of Hamilton, in the State of Ohio and in the City of Cincinnati:
Lot No. 92 of Charles and Lucinda C. Hewitt's Subdivision of Woodburn, plat of which is recorded in Plat Book 6, Page 134, in the office of the Recorder of Hamilton County, Ohio; said lot fronting 50 feet on the southerly side of Hewitt Avenue, and being 151.50 feet in depth running back southwardly.

8th Series 70/61-0
Parcel 54-4-139
For informational purposes only:
More commonly known as 1831-1833 Hewitt Avenue, Cincinnati, OH; we are not insuring accuracy of address.
Current deeds recorded 06/03/83, (Cornelius Halbert & Rose Halbert to Larue Wilson & Sharon Wilson) Deed Book 4258, page 992 and (Esther Jones & Robert Jones & Maggie E Thomas to Larue Wilson & Sharon Wilson) Deed Book 4258, page 994, Hamilton Co., OH.

9780    1921

## SERVICE LIST

LaRue Wilson
Sharon Denise Wilson
7815 Dawn Rd Apt 8
Cincinnati, OH 45237

Treasurer of Hamilton County
138 East Court Street, Room 402
Cincinnati, OH 45202

Michael E. Plummer
11 W 6th St.
Covington, KY 41011

Margaret A. Burks
600 Vine, Suite 2200
Cincinnati, OH 45202

Office of the U.S. Trustee
36 East 7th Street, Suite 2050
Cincinnati, OH 45202

Scott P. Ciupak, Esq.
Andrew A. Paisley, Esq.
5601 Hudson Drive, Suite 400
Hudson, OH  44236

# # #