IN THE UNITED STATES BANKRUPTCY COURT    bknotice
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
LARUE WILSON                                              CASE NO. 06-11536
SHARON D. WILSON                                          CHAPTER 13
7815 DAWN ROAD                                            JUDGE JEFFERY P. HOPKINS
APT. 8
CINCINNATI, OH  45237

   Debtors
   SSN(1) XXX-XX-1102
   SSN(2) XXX-XX-5083

― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―
CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY
― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ― ―

   The above case having been completed on Jul 29, 2009, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007 (b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management, prepared as prescribed by the appropriate official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of discharge.

**Within twenty (20) days of the filing of this Chapter 13 Trustee's Certification of Final Payment and Case History, debtors shall file with the Court the "Debtor(s)' Certification Regarding Issuance of Discharge Order".  The form can be viewed on the Trustee's website at <u>www.13network.com</u> .**

1. The case was filed on May 24, 2006 and confirmed on Oct 10, 2006. The case is submitted for closing as COMPLETED.
2. The amount paid to the Trustee by or on behalf of the debtor(s) was $10,092.22.

3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING | UNSECURED CREDITOR | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0001 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |
| COMMENT: RELIEF GRANTED | | | | | |
| DANIEL A. COX, ESQ. | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0002 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| HAMILTON COUNTY COMMON PLEAS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0003 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| HAMILTON COUNTY SHERRIFF | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0004 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| HAMILTON COUNTY TREASURER | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0005 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| GMAC | MORTGAGE ARREARS | $5,308.45 | $5,308.45 | $0.00 | $0.00 |
| Clm #: 0006 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: RELIEF GRANTED | | | | | |
| JOHN D. CLUNK, CO., LPA | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0007 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| CAPITAL ONE | UNSECURED CREDITOR | $712.68 | $49.89 | $0.00 | $0.00 |
| Clm #: 0008 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |
| PORTFOLIO RECOVERY | UNSECURED CREDITOR | $2,786.64 | $195.06 | $0.00 | $0.00 |
| Clm #: 0009 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |
| DUKE ENERGY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0010 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |
| DUKE ENERGY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0011 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |
| CLIMATE SELECT | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0012 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |
| GE CAPITAL | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0013 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| CINCINNATI WATER WORKS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |
| SELECT PORTFOLIO SERVICING,INC | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0015 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| NUVELL/NATIONAL AUTO FINANCE | UNSECURED CREDITOR | $7,736.16 | $541.53 | $0.00 | $0.00 |
| Clm #: 0016 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |
| COMMENT: DEFICIENCY | | | | | |
| CAPITAL ONE | UNSECURED CREDITOR | $1,523.36 | $106.64 | $0.00 | $0.00 |
| Clm #: 0017 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |
| CAPITAL ONE | UNSECURED CREDITOR | $1,454.56 | $101.82 | $0.00 | $0.00 |
| Clm #: 0018 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |
| DEBORAH TURNER | ADMIN EXP CLM | $375.00 | $375.00 | $0.00 | $0.00 |
| Clm #: 0019 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: APPRAISAL FEE | | | | | |
| JEFFERSON CAPITAL SYSTEMS | UNSECURED CREDITOR | $832.49 | $58.27 | $0.00 | $0.00 |
| Clm #: 0020 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |
| FINGERHUT | UNSECURED CREDITOR | $180.63 | $12.64 | $0.00 | $0.00 |
| Clm #: 0021 | Dividend Paid: 7.00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | BALANCE DUE |
|---|---|---|---|---|---|
| CAPITAL ONE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0022 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| CAPITAL ONE | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0023 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |

4. Summary of Disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $5,308.45 | $375.00 | $15,226.52 | $0.00 | $20,909.97 |
| PRIN. PAID | $5,308.45 | $375.00 | $1,065.85 | $0.00 | $6,749.30 |
| INT. PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.

The debtor(s)' attorney was allowed $2,400.00 and was paid $2,400.00.

The Trustee was paid $403.08 pursuant to 11 U.S.C. 1302.

The Trustee was paid $4.21 for administrative notice fees.

The debtor(s) were charged $0.00 for NSF items.

Refunds to the debtor(s) and/or new trustee total $535.63.

6. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty (20) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond.  Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor(s), and debtor(s)' attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid.  Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C section 1302(b)(1).

MARGARET A. BURKS, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

NOTICE

IF A DEBTOR(S)' CERTIFICATION IS NOT TIMELY FILED, THIS CASE WILL BE CLOSED.  IF THE DEBTOR(s) SUBSEQUENTLY FILES A MOTION TO REOPEN TO ALLOW FOR THE FILING OF THE DEBTOR(S)' CERTIFICATION, THE DEBTOR MUST PAY THE FULL REOPENING FEE.

    Respectfully submitted,

/s/    Margaret A. Burks, Esq.
    Margaret A. Burks, Esq.
    Chapter 13 Trustee
    Attorney No. OH 0030377

    Francis J. DiCesare, Esq.
    Staff Attorney
    Attorney No. OH 0038798

    Karolina F. Perr, Esq.
    Staff Attorney
    Attorney No. OH 0066193

    600 Vine Street, Suite 2200
    Cincinnati, OH 45202
    (513) 621-4488
    (513) 621 2643 (Facsimile)
    mburks@cinn13.org - Correspondence only
    fdicesare@cinn13.org
    kperr@cinn13.org
    cincinnati@cinn13.org - Court Filings